INTAKE COPY

# FILING FEE RECEIPT COPY

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600006084
Cashier ID: mcopp
Transaction Date: 03/08/2011
Payer Name: YOLANDA SALDIVAR
------------------------------------
WRIT OF HABEAS CORPUS
 For: YOLANDA SALDIVAR
 Case/Party: D-TXW-6-11-CV-000058-001
 Amount:        $5.00
------------------------------------
MONEY ORDER
 Remitter: YOLANDA SALDIVAR
 Check/Money Order Num: 14-239642963
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

WRIT OF HABEAS CORPUS FEE FOR
YOLANDA SALDIVAR
D-TXW-6-11-CV-000058; MONEY ORDER
PAID BY YOLANDA SALDIVAR, MOUNTAIN
VIEW UNIT, 2305 RANSOM RD.,
GATESVILLE, TEXAS 76528
```