IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

WACO DIVISION

| | |
|---|---|
| YOLANDA SALDIVAR,<br>　　Petitioner,<br><br>vs.<br><br>RICK THALER, Director,<br>TDCJ-CID,<br>　　Respondent, | §<br>§<br>§<br>§　　Civil No. W-11-CA-058<br>§<br>§<br>§<br>§ |

## J U D G M E N T

In accordance with the Order of this Court entered on this day adopting the Report and Recommendation of the Magistrate, the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Magistrate's Findings and Recommendation be and is **ADOPTED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Petitioner's writ of habeas is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any pending pre-trial motions are **DENIED** as moot in light of the Court's dismissal of this action.

**SIGNED** on this 14th day of April, 2012.

_____
WALTER S. SMITH, JR.
UNITED STATES DISTRICT JUDGE