

JEANNETTE J. CLACK
CLERK OF COURT

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS**
800 Franklin Avenue Room 380
Waco, TX 76701

PHILIP J. DEVLIN
CHIEF DEPUTY

**August 5, 2019**

Yolanda Saldivar
TDCJ-ID #733126
Mountain View Unit
2305 Ransom Road
Gatesville, TX 76528

Re: Your recent letter

Dear Ms. Saldivar:

    This office has received your recent letter regarding all the 28 U.S.C. §2254 & §2241 habeas actions that you have filed in this court. I find three cases of the former and none of the latter. The §2254 cases are: W-11-CV-058, W-14-CV-036 and W-19-CV-231. The petition in W-11-CV-058 is 10 pages long, the Report and Recommendation is 4 pages and the Judgment is 2 pages. In W-14-CV-036, the Motion for Leave to file Federal Writ of Mandamus and §2254 petition is 33 pages long and the Order dismissing is 5 pages and the Judgment is 1 page. In W-19-CV-231, the §2254 petition is 12 pages and the order dismissing is 2 pages long. Copies of these documents may be obtained by sending a check or money order made payable to "Clerk, U.S. District Court" to the address listed above. Copies are $0.50/page. Thank you.

                                            Sincerely,

                                            Mark G. Borchardt
                                            Deputy Clerk

MGB/

733126CopiesLtr080519

July 29, 2019

United States District Court
for the Western District
Waco Division
c/o District Clerk
800 Franklin Ave.
Room 380
Waco, Texas 76701

RECEIVED
AUG 0 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Re: YOLANDA SALDIVAR v. STATE OF TEXAS

Cause No.: 95-CR-1187-F

Trial Court Case No.: 704424

Dear District Clerk:

I submit a request for your assistance in the following matter:

Can you please advise me of the "cost to purchase" the following documents:

(1) Any §2254 petitions challenging my judgment or sentence received by this Court that I might have filed, if any;
(2) Any previous §2241 petitions challenging the terms and conditions of my prisonment that I might have filed, if any;
(3) Any complaint that was subsequently treated by the district court N/A as a §2254 Motion or §2241 petition;
(4) All Court Opinions and Orders disposing of the claims advanced in previous §2254 and/or §2241; and
(5) All magistrate judge's reports and recommendations issued in connection with the claims in §2254 and/or §2241.

Thank you for your assistance in this matter.

Respectfully submitted,

*Yolanda Saldi—*
Yolanda Saldivar
TDCJ #733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, Texas 76528

W-11-CV-058 (2254) (R&R #5) 4pgs Judg 2pgs.
 (pet. 10pgs)
W-14-CV-036 (2254) order dsmg 5pgs Judg. 1pg.
 (mot. 4 CV - 2254 petit) 33pgs
W-19-CV-231 (2254) order dsmg 2pgs
 (pet. 12pgs)

Yolanda Saldivar
#733126
Mountain View Unit
2305 Ransom Rd.
Gatesville, TX 76528

AUSTIN TX 787
RIO GRANDE DISTRICT
31 JUL 2025 PM 1 L

United States District Court
for the Western District
Waco Division
c/o District Clerk
800 Franklin Ave.
Room 380
Waco, Texas

78701-193480